LARA & LUNA, APC.
Edward Lara, California Bar No. 210766
ELara@LaraLunaLaw.com
Linda Luna Lara, California Bar No. 240809
LLara@LaraLunaLaw.com
Benjamin A. Ayala, California Bar No. 339844
BAyala@LaraLunaLaw.com
6131 Orangethorpe Ave, Suite 215
Buena Park, CA 90620
Telephone: 562-444-0010
Facsimile: (949) 288-6953

Attorneys for Plaintiff, ROBERT ROMO

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

| | |
|---|---|
| ROBERT ROMO, an individual<br><br>Plaintiff,<br><br>vs.<br><br>RYDER INTEGRATED LOGISTICS, INC.; And Does 1 through 50, inclusive,<br><br>Defendants. | Case No.: 5:22-cv-01921-JLS (JCx)<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Complaint Filed:  July 25, 2022<br>Removal Date:    October 31, 2022<br>Trial Date:            None Set |

JOINT NOTICE OF SETTLEMENT

TO THIS HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Plaintiff Robert Romo and Defendant Ryder Integrated Logistics, Inc. reached an agreement to fully resolve all of the claims in this action, *Romo v. Ryder Integrated Logistics, Inc., et al.*, Case No. 5:22-cv-01921. The parties have fully executed a settlement agreement and are in the process of executing its terms.

The Parties therefore respectfully request that the Court vacate all trial and related dates currently on the Court's calendar and anticipate filing a Notice of Dismissal shortly, in accordance with the terms of the settlement.

DATED: December 19, 2023        LARA & LUNA, APC

By: _____
  Edward Lara
  Linda Luna Lara
  Benjamin A. Ayala

  Attorneys for Plaintiff,
  ROBERT ROMO

DATED: December 19, 2023        CONSTANGY, BROOKS, SMITH & PROPHETE, LLP

By: /s/ Lara C. de Leon _____
  Lara C. de Leon
  Natalie Torbati Meinhardt

  Attorneys for Defendant,
  RYDER INTEGRATED LOGISTICS, INC.