EDWARD LARA, ESQ. (SBN 210766)
elara@laralunalaw.com
LINDA LUNDA LARA, ESQ. (SBN 240809)
llara@laralunalaw.com
BENJAMIN A. AYALA, ESQ. (SBN 339844)
bayala@laralunalaw.com
**LARA & LUNA, APC**
6131 Orangethorpe Ave., Suite 215
Buena Park CA  90620
Tel. 562.444.0010
Fax 949.288.6953

Attorneys for Plaintiff ROBERT ROMO
[*Attorneys cont'd on next page*]

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| ROBERT ROMO, an individual<br><br>Plaintiff,<br><br>vs.<br><br>RYDER INTEGRATED LOGISTICS, INC.; And Does 1 through 50, inclusive,<br><br>Defendants. | Case No.: 5:22-cv-01921-JLS (JCx)<br><br>**JOINT STIPULATION RE: DISMISSAL OF PLAINTIFF ROBERT ROMO'S ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint Filed:   July 25, 2022<br>Trial Date:             None Set |

---

STIPULATION RE: DISMISSAL OF PLAINTIFF'S ENTIRE ACTION WITH PREJUDICE

| | |
|---|---|
| 1 | LARA C. DE LEON (SBN 270252) |
| | ldeleon@constangy.com |
| 2 | EVAN JERROLD (*pro hac vice*) |
| | ejerrold@constangy.com |
| 3 | **CONSTANGY, BROOKS,** |
| | **SMITH & PROPHETE, LLP** |
| 4 | 3420 Bristol Street, Sixth Floor |
| 5 | Costa Mesa, CA 92626 |
| | Telephone: (949) 743-3979 |
| 6 | Facsimile: (949) 743-3934 |
| 7 | NATALIE TORBATI MEINHARDT (SBN 301663) |
| 8 | ntorbati@constangy.com |
| | **CONSTANGY, BROOKS,** |
| 9 | **SMITH & PROPHETE, LLP** |
| | 2029 Century Park East Suite 1100 |
| 10 | Los Angeles, CA 90067 |
| | Telephone: (310) 909-7775 |
| 11 | Facsimile: (424) 465-6630 |
| 12 | |
| 13 | Attorneys for Defendant |
| | RYDER INTEGRATED LOGISTICS, INC. |

STIPULATION RE: DISMISSAL OF PLAINTIFF'S ENTIRE ACTION WITH PREJUDICE

1        IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff ROBERT ROMO and Defendant RYDER INTEGRATED LOGISTICS, INC. (collectively, the "Parties") that the above-captioned action, as set forth in Plaintiff's Complaint, is voluntarily dismissed with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure. The Parties, by and through their undersigned counsel, hereby stipulate as to the dismissal, with prejudice, of all claims asserted in this action. All parties are to bear their own costs and fees incurred in this instant action.

        IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: January 3, 2024       **LARA & LUNA, APC**

By: _____
    Edward Lara
    Linda Lunda Lara
    Benjamin A. Ayala
    Attorneys for Plaintiff ROBERT ROMO

Dated: January 3, 2024       **CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**

By: _____
    Lara C. de Leon
    Evan Jerrold
    Natalie Torbati Meinhardt
    Attorneys for Defendant
    RYDER INTEGRATED LOGISTICS, INC.